JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| **JAVIER MALDONADO PEREZ,** | ) | Case No. EDCV 11-1682-MMM(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| **CONNIE GIBSON, Warden,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: April 30, 2012

_____
Margaret M. Morrow
United States District Judge